# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD CASEY,<br><br>  Plaintiff,<br><br>  v.<br><br>MEDCURSOR, INC.,<br><br>  Defendant. | Case No. 1:21-cv-00711-DAD-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

Plaintiff Chad Casey, on behalf of himself and all others similarly situated, filed this action on February 19, 2021, in the Superior Court of the State of California, County of Fresno. (ECF No 1.) On April 30, 2021, Defendant removed this matter to the Eastern District of California. (Id.) On May 28, 2021, Plaintiff filed a motion to remand that is currently pending before the District Judge. (ECF No. 7.) No motion for class certification has been filed. On September 1, 2021, Plaintiff filed a notice of settlement of his individual claims, and requests until September 22, 2021, to file dispositional documents. (ECF No. 12.)

///
///
///
///
///
///

1

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents on or before September 22, 2021.

IT IS SO ORDERED.

Dated: **September 2, 2021**

UNITED STATES MAGISTRATE JUDGE